UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CUVIELLO and MARK ENNIS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CIRCUS AMERICA, INC. (aka PICCADILLY CIRCUS), et al.,<br><br>  Defendants. | Case No.: C-12-04618-YGR<br><br>**ORDER TO SHOW CAUSE AND NOTICE RE-SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties have filed a Stipulation to Continue the First CMC Set for Feb. 11, 2013. (Dkt. No. 12.) The parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to file this request sufficiently in advance of the February 11, 2013 conference and for not timely filing a Joint Case Management Statement pursuant to the Court's Standing Order. The Court's Standing Order in Civil Cases states that "[j]oint case management statements are required and must be filed seven days in advance of the initial case management conference date. . . . In cases involving pro se litigants, the parties may file separate case management statements. The format shall follow the Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement . . . found on the Court's website at http://cand.uscourts.gov/ygr." (*See* Section 6.)

A hearing on this Order to Show Cause will be held on Monday, March 11, 2013 at 2:00 p.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. By March 4, 2013, parties represented by counsel must file either: (1) a Joint Case Management Statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure

to timely file a Case Management Statement. Plaintiff Joseph Cuviello must either: (1) file a separate Case Management Statement, although he may also jointly file with the other parties; or (2) a written response to this Order to Show Cause. Failure to file a Case Management Statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Court hereby **CONTINUES** the February 11, 2013 Case Management Conference to <u>March 11, 2013 at 2:00 p.m.</u>

The parties' stipulation at Dkt. No. 12 is **DENIED AS MOOT.** This Order terminates Dkt. No. 12.

**IT IS SO ORDERED.**

Dated: February 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**