UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CUVIELLO and MARK ENNIS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CIRCUS AMERICA, INC. (aka PICCADILLY CIRCUS), et al.,<br><br>    Defendants. | Case No.: C-12-04618-YGR<br><br>**ORDER REGARDING ORDER TO SHOW CAUSE (DKT. NO. 13)** |

Having considered the parties' statements at the March 11, 2013 Case Management Conference and Order to Show Cause hearing concerning Dkt. No. 13, no further action will be taken with respect to the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: March 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**