# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO and MARK ENNIS,<br><br>Plaintiffs,<br><br>v.<br><br>CIRCUS AMERICA, INC., JAVIER RAMON MARTINEZ, and JOHN PELTON,<br><br>Defendants. | Case No. 12-cv-04618 NC<br><br>**ORDER FINDING ORDER TO SHOW CAUSE SATISFIED**<br><br>Re: Dkt. No. 24 |

On April 1, 2013, the Court ordered plaintiffs to amend their complaint to plead an adequate basis for diversity jurisdiction, or file a response showing cause why this action should not be dismissed for lack of federal subject matter jurisdiction. Dkt. No. 24. On April 24, 2013, plaintiffs timely filed their first amended complaint. Dkt. No. 25. After considering the first amended complaint, the Court hereby finds that the order to show cause is satisfied.

IT IS SO ORDERED.

Date: May 2, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-04618 NC
ORDER FINDING ORDER TO SHOW
CAUSE SATISFIED