1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12   JOSEPH CUVIELLO and MARK ENNIS,    Case No. 12-cv-04618 NC

13              Plaintiffs,              **ORDER SETTING FURTHER CASE**
                                         **MANAGEMENT CONFERENCE**
14          v.

15   CIRCUS AMERICA, INC., JAVIER
     RAMON MARTINEZ, and JOHN PELTON,
16
              Defendants.
17

18       The Court will hold a further case management conference on September 25, 2013 at

19   10 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San

20   Francisco, California.  The parties must file a joint case management statement at least one

21   week prior to the conference.  *See* Civil L.R. 16-10(d).  The joint statement must include an

22   update on the status of discovery, and a proposed discovery and trial schedule.

23       IT IS SO ORDERED.

24       Date: May 22, 2013                _____

25                                          Nathanael M. Cousins
                                            United States Magistrate Judge
26

27

28