# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO and MARK ENNIS,<br><br>Plaintiffs,<br><br>v.<br><br>CIRCUS AMERICA, INC., JAVIER RAMON MARTINEZ, and JOHN PELTON,<br><br>Defendants. | Case No. 12-cv-04618 NC<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The Court will hold a further case management conference on September 25, 2013 at 10 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management statement at least one week prior to the conference. *See* Civil L.R. 16-10(d). The joint statement must include an update on the status of discovery, and a proposed discovery and trial schedule.

IT IS SO ORDERED.

Date: May 22, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge