UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO and MARK ENNIS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CIRCUS AMERICA, INC., JAVIER RAMON MARTINEZ, and JOHN PELTON,<br><br>　　　　Defendants. | Case No. 12-cv-04618 NC<br><br>**ORDER EXTENDING ENE DEADLINE AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 41 |

　　　This order addresses the stipulation for an order extending the deadline for the parties to complete Early Neutral Evaluation filed by plaintiff Mark Ennis and defendants Circus America and John Pelton. Dkt. No. 41. The request to extend the deadline to complete Early Neutral Evaluation to October 31, 2013 is GRANTED. The further case management conference currently set for September 25, 2013 is CONTINUED to **November 6, 2013 at 10:00 a.m.** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management statement at least one week prior to the conference. *See* Civil L.R. 16-10(d). The joint statement must include an update on the status of discovery, and a proposed discovery and trial schedule.

　　　Additionally, the parties' stipulation states that plaintiff Joseph Cuviello has recently

Case No. 12-cv-04618 NC
ORDER EXTENDING ENE DEADLINE
AND CONTINUING CMC

1   accepted defendants' Rule 68 offer and is no longer a party to this action. Dkt. No. 41 at 2.
2   If an offer has been made and accepted as provided by Rule 68, the parties must file the
3   offer and notice of acceptance, plus proof of service. *See* Fed. R. Civ. P. 68(a).
4       IT IS SO ORDERED.
5   Date: September 5, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge