UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

JOSEPH CUVIELLO, et al.,
    Plaintiffs,

v.

CIRCUS AMERICA, INC., et al.,
    Defendants.

No. C 12-4618 YGR

**ORDER RE: ATTENDANCE AT ENE**

Date: October 7, 2013
Evaluator: Dirk Schenkkan

IT IS HEREBY ORDERED that the request to excuse defendants Circus America, Inc. and John Pelton from appearing in person at the October 7, 2013 ENE before Dirk Schenkkan is GRANTED. Defendants shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

IT IS SO ORDERED.

September 30, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge