# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO and MARK ENNIS, <br><br> Plaintiffs, <br><br> v. <br><br> CIRCUS AMERICA, INC., JAVIER RAMON MARTINEZ, and JOHN PELTON, <br><br> Defendants. | Case No. 12-cv-04618 NC <br><br> **ORDER OF CONDITIONAL DISMISSAL** <br><br> Re: Dkt. No. 46 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 60 days of this order. All scheduled dates are VACATED.

IT IS SO ORDERED.

Date: October 10, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-04618 NC
ORDER OF CONDITIONAL DISMISSAL